IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT C. LEHMAN**                                                                **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:11CV284-LG-JMR**

**MICHAEL B. HOLLEMAN and**
**HOLLEMAN LAW FIRM, PLLC**                                      **DEFENDANTS**

## JUDGMENT

This matter came before the Court on the Motion for Summary Judgment [23] filed by Defendants Michael B. Holleman and Holleman Law Firm, PLLC.  The Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the defendants, pursuant to Fed. R. Civ. P. 56.  The defendants are entitled to recover costs pursuant to Fed. R. Civ. P. 54(d).

**SO ORDERED AND ADJUDGED** this the 10th day of September, 2012.

                                                          *s/ Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          CHIEF U.S. DISTRICT JUDGE